IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHAUN BERNARD JOHNSON,

    Plaintiff,

v.                                               Civil No. 3:10CV537

STEVEN R. MOORE,

    Defendant.

## FINAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendant Steven R. Moore's Motion for Summary Judgment. (Docket No. 26.) Accordingly, the Court ORDERS the following:

1. The Court DISMISSES WITH PREJUDICE Johnson's Complaint against Moore. (Docket No. 1.)

2. The Court DENIES Johnson's Motion to Strike Moore's Answer. (Docket No. 24.)

3. The Court DENIES AS MOOT the remaining pending motions. (Docket Nos. 22, 28, 39, 47, 49, 51.)

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 4-29-11